# United States Court of Appeals
## For the First Circuit

**Designation of Attorney Presenting Oral Argument**

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 12-2480

Case Name: Enos v. Union Stone, Inc.

Date of Argument: 9/4/13

Location of Argument: ✓ Boston ☐ Puerto Rico ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Union Stone, Inc.

Attorney Name: Andrew J. Tine        First Circuit Bar No.: 90402

Phone Number: 6177555770             Fax Number: _____

Email: atine@tinelaw.com

Check the box that applies:

✓ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

_____        8/20/13
(Signature)                      (Date)

**PLEASE NOTE:** Only arguing counsel will be notified by phone when the opinion is released.